# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00735-CV

**Bastrop Central Appraisal District, Appellant**

**v.**

**Patricia Owens, Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 27,079, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Bastrop Central Appraisal District has filed an unopposed motion to dismiss its interlocutory appeal, informing this Court that the parties have reached a settlement and no longer wish to pursue the appeal. We will grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: March 12, 2010